

url = "http://bodum.com/pic/picture.cfm?pic=1932-16.jpg&x=520&y=520

