# primula products®

Something Extraordinary is

| About Primula Products | Contact Us | Shopping Cart |

---

**Coffee**
  Collectible Espresso Makers
  Espresso Makers
  Coffee Press
  Serving Carafe
  Gift Sets

**Tea Ware**
  Tea Pot
  Tea Maker
  Gift Sets

**Tea Flowers**
  Tea Flower 12 pc set

**Replacement Parts**
  Replacement Cups
  Replacement Gaskets
  Replacement Infusers



Primula Classic
Coffee Press 3
cup
$14.49



Primula Classic
Coffee Press 8
cup
$19.99



Primula Red
Coffee Press 3
cup
$9.99



Primula Black
Coffee Press 6
cup
$14.99



Primula Deluxe
Stainless Steel
Coffee Press 3
cup
$17.99



Primula Deluxe
Stainless Steel
Coffee Press 8
cup
$24.99

Page | 1 |


EXHIBIT B