UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BODUM USA, INC.  
    (Plaintiff)  
vs  

EPOCA, INC.  
    (Defendant)  

CASE NUMBER 07 C 6352

**AFFIDAVIT OF SERVICE**

I declare that I am a citizen of the United States, over the age of eighteen (18) years and not a party to this action. And that within the boundaries of the State where service was effected, I was authorized by law to perform said service.

**SERVICE:** I served **EPOCA, INC.** by serving **STEVEN MELZER** with the following documents

   **X**   Summons and Complaint     _____ Notice of Motion for Temporary Restraining Order
   _____ Other: Brief in Support of Motion for Temporary Restraining Order

at (XX) Home address: **4 Birch Court, Marlboro, New Jersey 07746**
( ) Business address: _____

on **November 16, 2007** at **8:20 a.m.**
     (Date)           (Time)

**MANNER OF SERVICE:** Service was accomplished:

   **X**   By personally delivering copies to the person/authorized agent of entity being served.
   _____ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
   _____ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household, 14 years or older and explaining the general nature of the papers.
   _____ By posting copies in a conspicuous manner to the address of the person/entity being served.

**DESCRIPTION:** Description of person being served:

| Age | Sex | Race | Height | Weight | Hair | Relationship |
|---|---|---|---|---|---|---|
| 45 | Male | White | 6'0" | 200 lbs | Black | **Registered Agent** |

**NON-SERVICE:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

   _____ Unknown at address    _____ Evading service    _____ Moved, left no forwarding address
   _____ Address does not exist    _____ Service canceled by litigant    _____ Unable to serve timely
   _____ Other:_____

**SERVICE ATTEMPTS:** Service was attempted on **November 15, 2007 at 11:00 a.m. and November 16, 2007 at 8:20 a.m.**
                                                           (Dates and Times)

I declare under penalty of perjury that the information contained herein is true and correct and this Affidavit was executed on **November 17, 2007** at Old Bridge, New Jersey.

ROBERT ALLEN

Sworn and subscribed to this
17th day of November, ,2007

A Notary Public of the State of NJ

**LAURA ALLEN**
Notary Public for the State of New Jersey
My Commission Expires March 18, 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# 07 C 6352

SUMMONS IN A CIVIL CASE

BODUM USA, INC.

V.

EPOCA, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE KENDALL
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Epoca, Inc.
c/o Steven Melzer, Registered Agent
4 Birch Court
Marlboro, NJ 07746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anita M. Baugard_
--------------------------
(By) DEPUTY CLERK

November 8, 2007
--------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE November 16, 2007 @ 8:20. am. |
| NAME OF SERVER *(PRINT)* Robert Allen | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: 4 Birch Court, Marlboro, NJ 07746

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): Service was made upon Steven Meltzer, Registered Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/17/2007
　　　　　　　　Date

Signature of Server   ROBERT ALLEN

9 Oakland Road, Old Bridge, New Jersey   08857
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.