**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BODUM USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07 CV 6352 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| EPOCA, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Defendant Epoca, Inc. ("Defendant") respectfully requests a 45-day extension of time to answer or otherwise plead. Plaintiff's counsel has agreed to this extension. In support of this motion, Defendant states as follows:

1. Defendant was served with the summons and complaint on November 16, 2007. Defendant's answer is therefore due on December 6, 2007.

2. The parties have been conducting settlement negotiations in an effort to resolve this dispute. The parties believe that such negotiations can be fruitful, and that it would be the best use of the parties' and judicial resources if negotiations would continue.

3. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel agrees to this proposed extension.

4. This is the first request for additional time to answer or otherwise plead.

WHEREFORE, Defendant, Epoca, Inc., respectfully request that this Court grant it an extension of forty-five (45) days, or until January 21, 2008, to answer or otherwise plead.

                                            Respectfully submitted,

                                            EPOCA, INC.

Date:   December 6, 2007          By:   s/ Mark R. Bagley
                                                        Arne M. Olson
                                                        Mark R. Bagley
                                                        OLSON & CEPURITIS, LTD.
                                                        20 North Wacker Drive
                                                        36th Floor
                                                        Chicago, Illinois 60606
                                                        (312) 580-1180

                                                        Attorneys for Defendant
                                                        EPOCA, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** was served via the Northern District of Illinois electronic filing system to:

> David E. Bennett
> Jared C. Jodrey
> Vedder, Price, Kaufman & Kammholz, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois 60601-1003

on this 6th day of December, 2007.

                                                  s/ Mark R. Bagley
                                                  Mark R. Bagley