**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BODUM USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07 CV 6352 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| EPOCA, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   David E. Bennett
  Vedder, Price, Kaufman & Kammholz, P.C.
  222 North LaSalle Street, Suite 2600
  Chicago, Illinois 60601-1003

PLEASE TAKE NOTICE that on Monday, December 10, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the Defendant, Epoca, Inc., shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 2319, in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto.

  Respectfully submitted,

  EPOCA, INC.

Date:  December 6, 2007    By:   s/ Mark R. Bagley
  Arne M. Olson
  Mark R. Bagley
  OLSON & CEPURITIS, LTD.
  20 North Wacker Drive, 36th Floor
  Chicago, Illinois 60606
  (312) 580-1180

  Attorneys for Defendant EPOCA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

> David E. Bennett
> Jared C. Jodrey
> Vedder, Price, Kaufman & Kammholz, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois  60601-1003

on this 6th day of December, 2007.

                                                           s/ Mark R. Bagley
                                                          Mark R. Bagley