**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BODUM USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  07 CV 6352 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| EPOCA, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR SECOND EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Defendant Epoca, Inc. ("Defendant") respectfully requests a 30-day extension of time to answer or otherwise plead, and a similar re-scheduling of the Joint Status Report and scheduled status hearing.  Plaintiff's counsel has agreed to these extensions.  In support of this motion, Defendant states as follows:

1. Defendant was served with the summons and complaint on November 16, 2007.  This Court has granted one agreed motion to extend the date on which an answer was due, such that it is currently due on January 21, 2008.

2. The Court's minute order of December 6, 2007, also set the due date for the Joint Status Report as January 23, 2008, and scheduled a status hearing for January 28, 2008.

3. The parties have used the intervening time to conduct settlement negotiations, and such negotiations have made progress.  The parties would prefer to continue these negotiations, rather than expend resources to begin the litigation process.  The parties submit that this course of action would be the best use of the parties' and judicial resources.

4. If the Court grants the extension of time to answer or otherwise plead, Defendant

respectfully requests that the due date for the Joint Status Report be reset to February 22, 2008, and that the status hearing date be reset to a time on or around February 28, 2008, as the Court's schedule allows.

5.      Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel agrees to this second proposed extension.

WHEREFORE, Defendant, Epoca, Inc., respectfully requests that this Court grant it an extension of thirty (30) days, or until February 20, 2008, to answer or otherwise plead, that the Court reset the due date for the Joint Status Report to February 22, 2008, and that the Court reset the status hearing to a time on or around February 28, 2008.

Respectfully submitted,

EPOCA, INC.

Date:   January 16, 2008            By:     s/ Mark R. Bagley
                                            Arne M. Olson
                                            Mark R. Bagley
                                            OLSON & CEPURITIS, LTD.
                                            20 North Wacker Drive
                                            36th Floor
                                            Chicago, Illinois 60606
                                            (312) 580-1180

                                            Attorneys for Defendant
                                            EPOCA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AGREED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** was served via the Northern District of Illinois electronic filing system to:

>David E. Bennett
>Jared C. Jodrey
>Vedder, Price, Kaufman & Kammholz, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago, Illinois  60601-1003

on this 16th day of January, 2008.

>>s/ Mark R. Bagley
>>Mark R. Bagley