**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BODUM USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  07 CV 6352 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| EPOCA, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   David E. Bennett
      Vedder, Price, Kaufman & Kammholz, P.C.
      222 North LaSalle Street, Suite 2600
      Chicago, Illinois  60601-1003

   PLEASE TAKE NOTICE that on Tuesday, January 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the Defendant, Epoca, Inc., shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 2319, in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's **AGREED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto.

                                    Respectfully submitted,

                                    EPOCA, INC.

Date:   January 16, 2008         By:   s/ Mark R. Bagley
                                    Arne M. Olson
                                    Mark R. Bagley
                                    OLSON & CEPURITIS, LTD.
                                    20 North Wacker Drive, 36th Floor
                                    Chicago, Illinois 60606
                                    (312) 580-1180

                                    Attorneys for Defendant EPOCA, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

>David E. Bennett
>Jared C. Jodrey
>Vedder, Price, Kaufman & Kammholz, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago, Illinois  60601-1003

on this 16th day of January, 2008.

                                                    s/ Mark R. Bagley
                                                      Mark R. Bagley