# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Bodum USA Inc.
      Plaintiff,

v.              Case No.: 1:07−cv−06352
              Honorable Virginia M. Kendall

Epoca Inc
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

  MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for extension of time to answer [13] is granted. Defendant has to 2/20/2008 to answer or otherwise plead. The Status hearing previously set for 1/28/2008 is reset to 2/28/2008 at 09:00 AM. Status Report due by 2/22/2008.Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.