IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BODUM USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  07 CV 6352 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| EPOCA, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    David E. Bennett
       Vedder, Price, Kaufman & Kammholz, P.C.
       222 North LaSalle Street, Suite 2600
       Chicago, Illinois  60601-1003

PLEASE TAKE NOTICE that on Monday, February 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the Defendant, Epoca, Inc., shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 2319, in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's **AGREED MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto.

Respectfully submitted,

EPOCA, INC.

Date:   February 19, 2008          By:   s/ Mark R. Bagley
                                         Arne M. Olson
                                         Mark R. Bagley
                                         OLSON & CEPURITIS, LTD.
                                         20 North Wacker Drive, 36th Floor
                                         Chicago, Illinois 60606
                                         (312) 580-1180

                                         Attorneys for Defendant EPOCA, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

>David E. Bennett
>Jared C. Jodrey
>Vedder, Price, Kaufman & Kammholz, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago, Illinois  60601-1003

on this 19th day of February, 2008.


                                                                                 s/ Mark R. Bagley
                                                                                   Mark R. Bagley