UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BODUM USA, INC.,

    Plaintiff,

-against-

EPOCA, INC.,

    Defendant.

Case No. 07 CV 6352

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that this action be dismissed with prejudice and without attorneys' fees or costs, the parties having settled and resolved all issues and controversies herein.

By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement between the parties entered into on March 21, 2008.

David E. Bennett, Esq.
Vedder Price P.C.
222 N. LaSalle, Suite 2400
Chicago, IL 60601
(312) 609-7714
*Attorneys for Plaintiff*

Arne M. Olson
Mark R. Bagley
Olson & Cepuritis, Ltd.
20 N. Wacker Drive, 36th Floor
Chicago, IL 60606
(312) 580-1180
*Attorneys for Defendant*

ORDERED:

United States District Judge

Dated: 3-24 , 2008